# United States District Court
## Northern District of Illinois
### Eastern Division

Robert Scott                                           **JUDGMENT IN A CIVIL CASE**

      v.                                           Case Number: 03 C 3865

City of Chicago

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action pursuant to Fed. R. Civ. P. 58.

**DOCKETED**

MAY 2 7 2004

Michael W. Dobbins, Clerk of Court

Date: 5/26/2004

Sandy Newland, Deputy Clerk